ASHLEY A. BYERS (SBN 305398)
FUERZA IMMIGRATION LAWYERS LLP
P.O. Box 31357
Oakland, CA  94612
Tel. 510-834-1288
Fax 510-834-0431
Email: *ashley@fuerzalawyers.com*

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE RUBI GARCIA; <br><br> JORGE ALEJANDRO ESPINOSA COLIN, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security; <br><br> SUSAN DIBBINS, Chief, USCIS Administrative Appeals Office; <br><br> LOREN K. MILLER, Director, USCIS Nebraska Service Center; <br><br> Defendants. <br> (*Official Capacities*) | No. 3:22-cv-06912-LJC <br><br> Agency Nos.  A 095-279-389; <br> A 209-013-270 <br><br> **MOTION TO WITHDRAW EXCERPTS OF RECORD; SUBMISSION OF AMENDED EXCERPTS OF RECORD FOR ADMISSION INTO RECORD** |

Plaintiffs, by and through undersigned counsel, move the Court to permit withdrawal of the initially filed Excerpts of Record. This request is being made with consent from the Assistant United States Attorney's Office for the Northern District of California, and is made on account of concerns involving the Federal Rules of Evidence. Concurrently with this motion, Plaintiffs submit the amended Excerpts of Record and request its admission into the record before this Court.

Dated: November 17, 2022          Respectfully Submitted,

/s/ Ashley A. Byers
_____

ASHLEY A. BYERS (SBN 305398)
FUERZA IMMIGRATION LAWYERS LLP
P.O. Box 31357
Oakland, CA  94604
Tel. 510-834-1288
Fax 510-834-0431
Email: ashley@fuerzalawyers.com
Attorney for Plaintiffs

Plaintiffs' motion is granted as to the Excerpts of the Record filed at ECF No. 8. Plaintiffs' counsel is further directed to review Civil Local Rule 7 to become familiar with the requirements for motion practice in this District, including the submission of proposed orders.

Date: December 7, 2022



Judge Lisa J. Cisneros

*Rubi Garcia, et al. v. Mayorkas, et al.*
3:22-cv-06912-LJC

MOTION TO WITHDRAW EXCERPTS OF RECORD; SUBMISSION OF AMENDED EXCERPTS OF RECORD FOR ADMISSION INTO RECORD