STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE RUBI GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | CASE NO. 3:22-cv-6912-LJC <br><br> **STIPULATION TO PROPOSED SCHEDULE FOR SERVICE OF THE CERTIFIED ADMINISTRATIVE RECORD AND SUMMARY JUDGMENT BRIEFING; ORDER** <br><br> The Honorable Lisa J. Cisneros |

    Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for Defendants' service of the certified administrative record and the parties' summary judgment briefing. The parties conferred and agree that the Court should grant the parties' request for the following schedule:

    1.    By February 28, 2023, Defendants will serve Plaintiffs with the certified administrative record.

    2.    By March 29, 2023, Plaintiffs will file their motion for summary judgment.

    3.    By April 27, 2023, Defendants will file their cross motion for summary judgment and opposition.

    4.    By May 17, 2023, Plaintiffs will file their reply and opposition.

5. By June 6, 2023, Defendants will file their reply.

The parties respectfully request that the Court adopt the above-proposed schedule for record service and briefing, and enter a scheduling order reflecting the same.

Dated: February 6, 2023

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

Dated: February 6, 2023

*s/ Ashley A. Byers*
ASHLEY A. BYERS
Associate Attorney
FUERZA IMMIGRATION
LAWYERS, LLP

*Attorney for Plaintiffs*

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED. The following schedule shall apply:

| | |
|---|---|
| February 28, 2023 | Defendants' Service of the Certified Administrative Record; |
| March 29, 2023 | Plaintiffs' Motion for Summary Judgment; |
| April 27, 2023 | Defendants' Cross-Motion for Summary Judgment and Opposition |
| May 17, 2023 | Plaintiffs' Reply and Opposition |
| June 6, 2023 | Defendants' Reply |

Date: February 6, 2023

LISA J. CISNEROS
United States Magistrate Judge